Case 2:18-mc-01020 Document 10 Filed on 11/05/18 in TXSD Page 1 of 4

United States District Court
Southern District of Texas
**ENTERED**
November 05, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| JEWEL GRIFFIN, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | MISC. ACTION NO. 2:18-MC-1020 |
| | § | |
| STATE OF TEXAS, | § | |
| | § | |
| Defendant. | § | |

## MEMORANDUM AND RECOMMENDATION

Plaintiff Jewel Griffin filed this action on September 6, 2018 claiming that police departments in various Texas cities have violated her Fourteenth Amendment rights in a variety of ways, including stalking, harassing, and raping her, switching her genitals, and stealing her child. Pending is her application to proceed *in forma pauperis*. An order to show cause was entered in this case on October 5, 2018 directing Plaintiff to inform the Court if she wished to proceed with her lawsuit (D.E. 5). Plaintiff did not respond to the Order to Show cause and as discussed more fully below, it is recommended that Plaintiff's application be denied without prejudice for want of prosecution.

At the time Plaintiff filed her complaint, she indicated that she was living at The Purple Door, a domestic abuse shelter (D.E. 1-2 at p. 1). Along with her complaint, Plaintiff filed an application to proceed *in forma pauperis* (D.E. 1). A hearing on Plaintiff's application was set for September 25, 2018 and on September 10, 2018 notice of the hearing was sent via mail to a post office box Plaintiff listed on the application. On September 19, 2018 the Court received a letter from Plaintiff indicating that she

believed the hearing to be set for October 25, 2018 and asking to be excused from personally appearing at the hearing (D.E. 3).  Plaintiff suggested the hearing be held via telephone.  Plaintiff also described her various attempts to work at jobs, none of which lasted more than a few weeks, and stated that she was homeless.  Also on September 19, 2018, the letter addressed to Plaintiff at the post office box address was returned as undeliverable.

On September 20, 2018 a second notice of the hearing was sent to Plaintiff at an address she provided in her letter to the Court.  The hearing on Plaintiff's application was held on September 25, 2018 as scheduled but Plaintiff did not appear.  In the Order to Show cause, Plaintiff was ordered to advise the Court in writing within twenty (20) days of receiving the order if she wanted to proceed with her lawsuit.  Copies of the Order to Show cause were sent to the following three addresses that Plaintiff had provided in her pleadings.

C/O The Purple Door
P.O. Box 3368
Corpus Christi, TX 78404

P.O. Box 4399
Corpus Christi, TX 78469

1214 Nagle St.
Corpus Christi, TX 78418

Mail sent to P.O. Box 4399 was marked "vacant" and returned to the Court on October 12, 2018 (D.E. 6).  Mail sent to 1214 Nagle St. in Corpus Christi was marked "return to sender/no mail receptacle/unable to forward" and returned to the Court on October 17, 2018 (D.E. 8).  Mail sent to The Purple Door was marked "return to

sender/not deliverable as addressed/unable to forward" and returned to the Court on October 29, 2018 (D.E. 9).

The Order to Show Cause was entered on October 5, 2018 and more than twenty days have passed without a response from Plaintiff. Nor has Plaintiff provided the Court with a current address. Accordingly, it is respectfully recommended that Plaintiff's application for leave to proceed *in forma pauperis* be denied and that Petitioner be ordered to pay the $400 filing fee within thirty days of the date that the application is denied.

Respectfully submitted this 5th day of November, 2018.

_____
B. JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE

## NOTICE TO PARTIES

The Clerk will file this Memorandum and Recommendation and transmit a copy to each party or counsel. Within FOURTEEN (14) DAYS after being served with a copy of the Memorandum and Recommendation, a party may file with the Clerk and serve on the United States Magistrate Judge and all parties, written objections, pursuant to Fed. R. Civ. P. 72(b), 28 U.S.C. § 636(b)(1), General Order No. 2002-13, United States District Court for the Southern District of Texas.

A party's failure to file written objections to the proposed findings, conclusions, and recommendation in a magistrate judge's report and recommendation within FOURTEEN (14) DAYS after being served with a copy shall bar that party, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the district court. *Douglass v. United Servs. Auto Ass'n*, 79 F.3d 1415 (5th Cir. 1996) (*en banc*).