UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| JEWEL GRIFFIN, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | MISC. ACTION NO. 2:18-MC-1020 |
| | § | |
| STATE OF TEXAS, | § | |
| | § | |
| Defendant. | § | |

**ORDER ADOPTING**
**MEMORANDUM AND RECOMMENDATION**

Pending before the Court is Plaintiff's Application to Proceed *In Forma Pauperis* (D.E. 1). On November 5, 2018, United States Magistrate Judge B. Janice Ellington issued a Memorandum and Recommendation (D.E. 10), recommending that Plaintiff's Application be denied. Plaintiff was given an opportunity to file, but did not file, objections to the findings of fact and conclusions of law in the M&R.

Having reviewed the findings of fact, conclusions of law, and recommendations set forth in the Magistrate Judge's M&R, and all other relevant documents in the record for clear error, the Court **ADOPTS** as its own the findings and conclusions of the Magistrate Judge. Accordingly, Plaintiff's Application to Proceed *In Forma Pauperis* (D.E. 1) is **DENIED.** Plaintiff is **ORDERED** to pay the filing fee within thirty (30) days of the date of this Order or to voluntarily dismiss the petition. Plaintiff is advised that failure to pay the filing fee within the time period ordered may result in dismissal of the petition for failure to prosecute.

ORDERED this 27th day of November, 2018.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE